**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

**JACQUELINE ROZIER, *et al.*,**

**Plaintiffs,**

**v.**

**HOUSTON COUNTY BOARD OF ELECTIONS, *et al.*,**

**Defendants.**

**CIVIL ACTION NO. 5:25-CV-478 (MTT)**

# PROPOSED ORDER GRANTING PLAINTIFFS' CONSENTED MOTION FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF PLAINTIFFS JACQUELINE ROZIER AND HIRAM MORGAN

Before the Court is *Rozier* Plaintiffs' Consented Motion for Voluntary Dismissal of Plaintiffs Jacqueline Rozier and Hiram Morgan, pursuant to Federal Rule of Civil Procedure 41(a)(2). As counsel for Defendants consent to this motion, it is hereby **ORDERED** that *Rozier* Plaintiffs' Motion is **GRANTED** and that this action with respect to Plaintiffs Jacqueline Rozier and Hiram Morgan is **DISMISSED without prejudice**.

**SO ORDERED**, this 23rd day of November, 2026.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT