IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

JACQUELINE ROZIER et al., *

Plaintiffs, *

v. * Case No. 5:25-cv-00478-MTT

HOUSTON COUNTY BOARD OF ELECTIONS et al., *

Defendants. *

## **JUDGMENT**

Pursuant to this Court's Order dated November 23, 2026, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiffs shall recover nothing of Defendants.

This 23rd day of November, 2026.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk